## ADCOCK v. STATE.
### No. 22141.

Court of Criminal Appeals of Texas.
May 20, 1942.

Alex P. Pope, of Tyler, for appellant.
Spurgeon E. Bell, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for the unlawful sale of liquor in a dry area. The penalty assessed is a fine of $100.

The complaint and information appear regular. The record is before us without a statement of facts or bills of exception. Hence nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.